**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000026
27-AUG-2024
08:10 AM
Dkt. 40 OAWST**

NO. CAAP-24-0000026

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CENTRAL PACIFIC BANK, Plaintiff-Appellee,
v.
FERDINAND CARREON AYSON and VICTORIA ESPRECION AYSON,
Defendants-Appellants
and
FIRST HAWAIIAN BANK; PENTAGON FEDERAL C.U.; CITIBANK (SOUTH
DAKOTA), N.A.; VIVINT SOLAR, INC.; EWA BY GENTRY COMMMUNITY
ASSOCIATION; VIVINT SOLAR DEVELOPER, LLC,
Defendants-Appellees
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE
ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000984)

ORDER
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed August 23, 2024, by Plaintiff-Appellee Central
Pacific Bank, the papers in support, and the record, it appears
that (1) the appeal has been docketed; (2) the parties

stipulated to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal who are not nominal parties.[1]

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, August 27, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]    The parties that have not signed, Defendants-Appellees First Hawaiian Bank; Pentagon Federal C.U.; Citibank (South Dakota), N.A.; Vivint Solar, Inc.; Ewa by Gentry Community Association; Vivint Solar Developer, LLC, LLC, (jointly **"Defendants-Appellees"**) did not file an Answering Brief. Therefore, the court considers Defendants-Appellees nominal appellees, whose signatures are not required on a stipulation to dismiss the appeal. See HRAP Rule 2.1(b).